UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| SHANNON RAMSEY HAMILTON, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>MARTIN O'MALLEY, )<br>Commissioner Of Social Security )<br>    Defendant. ) | Civil Action No. 2:23-cv-00063<br>Magistrate Judge Frensley |

## ORDER

Pending before the Court is the Defendant's Motion for Entry of Judgment Under Sentence Four, 42 U.S.C. § 405(g). Docket No. 15. Through the motion, Defendant requests the Court enter judgment reversing and remanding this case to the Commissioner for further action pursuant to sentence four of, 42 U.S.C. § 405(g). *Id.* In its supporting memorandum, Defendant states remand is necessary for further evaluation of Plaintiff's claim. Docket No. 16. The Defendant indicates that Plaintiff has no objection to the Motion. Docket No. 15.

Defendant's motion (Docket No. 15) is **GRANTED**, and this case is **REVERSED AND REMANDED** to the Commissioner for further consideration. This Order terminates the Court's jurisdiction over this matter and the case is dismissed. The Clerk is directed to close the file.

_____
**JEFFERY S. FRENSLEY**
U. S. Magistrate Judge